UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DINSMORE STEELE, LLC,

                            Plaintiff,

              -against-

CASSANDRA ANDERSON, et al.,

                         Defendants.

-------------------------------------------------------------------x

26-CV-00582 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This action has been referred to the undersigned for general pretrial supervision. ECF No. 12. The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Monday, May 4, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Monday, May 4, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:    New York, New York
              April 2, 2026

VALERIE FIGUEREDO
United States Magistrate Judge