BERNSTEIN & GORDON LLP
Attorneys at Law
551 Fifth Avenue, 12th Floor
New York, New York 10176-1299
Telephone: (212) 748-4800; (917) 566-5246
E-mail: rbernstein@rjblaw.com

July 15, 2026

*By Email to FigueredoNYSDChambers@nysd.uscourts.gov*
*And E-Filed on PACER*
The Hon. Valerie Figueredo
United States Magistrate Judge
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Dinsmore Steele, LLC v. Cassandra Anderson, *et al.*
Case No. 26-CV-582 (DEH (VF)

Dear Magistrate-Judge Figueroa:

Counsel for plaintiff and the undersigned counsel for defendants have largely agreed upon a proposed confidentiality order, attached here in Word and submitted on PACER as a PDF. We have added an agreed-upon sentence at the beginning of paragraph 4 and an agreed-upon sentence at the end of paragraph 6, underlined in both instances.

The only area of disagreement is plaintiff's counsel's proposal to add six words concerning "Attorneys Eyes Only" documents in the proposed new sentence at the beginning of paragraph 4. These six words are bracketed in the attached.

Counsel for defendants submit that adding the bracketed words "unrelated to the allegations in this action" would defeat the purpose of the stipulation, since highly confidential "Attorneys Eyes Only" documents can indeed be related to the allegations in an action yet need to be so designated. The term "unrelated" also adds needless ambiguity, as there is always room for needless contention as to what is and

is not related to the action.

I anticipate that counsel for plaintiff will submit his views on his proposal to add these six words expeditiously, as we both agree that entry of a confidentiality order is needed in order to get document production under way.

Respectfully submitted,

*s/ Roger Bernstein*

Roger J. Bernstein
*Counsel for Defendants*

Attachment

Cc. John Ray, Esq.
*Counsel for Plaintiff*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 7/17/2026**

The Court adopts Defendants' proposal for the confidentiality order. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 27 and 28.