**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DINSMORE STEELE, LLC,

Plaintiff,

**26-CV-00582 (DEH) (VF)**

-against-

CASSANDRA ANDERSON et al,

**ORDER**

Defendants.
----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference today, August 19, 2026. The letter motions filed by Defendants at ECF Nos. 31 and 34 were addressed at the conference. For the reasons stated at the conference, Defendant's motion to extend discovery is **GRANTED**. The deadline for fact discovery is **October 30, 2026**.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 31 and 34.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge