UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DINSMORE STEELE, LLC,

Plaintiff,

-against-

CASSANDRA ANDERSON, et al.,

Defendants.

---------------------------------------------------------------x

26-CV-00582 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

During the conference held on August 19, 2026, counsel for Defendants raised the dispute between the parties concerning whether the deposition of Plaintiff's CEO, who will be testifying as the Rule 30(b)(6) designee for Plaintiff, must occur in person or remotely. Defense counsel seeks to hold the deposition in person in Manhattan, and Plaintiff's counsel asks that the Court order a remote deposition. Whether to grant a request for a remote deposition is left to the discretion of the Court. See, e.g., Rouviere v. DePuy Orthopaedics, Inc., 471 F. Supp. 3d 571, 574 (S.D.N.Y. 2020). Moreover, "as a general rule, a plaintiff, having selected the forum in which the suit is brought, will be required to make himself or herself available for examination there." Estate of Gerasimenko v. Cape Wind Trading Co., 272 F.R.D. 385, 387 (S.D.N.Y. Mar. 17, 2011).

Plaintiff's CEO resides in Long Island and has an office in Manhattan. Plaintiff also commenced the suit in this District. It would thus not impose a hardship to require Plaintiff's witness to travel to Manhattan for the deposition. Plaintiff's counsel, who is in Chicago, can elect to participate remotely.

**SO ORDERED.**

DATED: New York, New York
August 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge